# **EXHIBIT 1**

# VICTIM 3 IMPACT STATEMENT

Honorable Judge Cogan,

My name is ▮▮▮▮▮▮▮▮▮▮; I am a 69-year-old victim of the armed robbery, a physical and brutal assault that occurred on May 25th, 2017.

Before I begin I would like to submit these pictures to your honor so the Court may get an actual impression of the cruelty of my injuries inflicted by the Defendants.

A mere few months before the robbery, I survived a heart attack and had 5 stents inserted into my heart, I was still recovering from that medical event when the robbery took place. I was planning to retire in 2017, but now I'm unable to do so due to the life changing financial loss I suffered resulting from this robbery.

The actions of Mr. Daryl Odom, Kenneth Davis, ▮▮▮▮▮▮▮▮▮▮, Shaka Davis, Lashawn Williams have greatly affected my life negatively. Since Mr. Odom and his gang committed this brutal and savage crime on May 25th 2017 I have had many sleepless nights and anxious days.

I suffered a merciless and brutal beating with a gun pointing inches from my face, was pistol-whipped, stomped and kicked in the face and head and was zip tied and mace sprayed directly into my eyes. In addition to the aforementioned, my left wrist was stomped until broken.

I agonized many days and nights in the hospital with tremendous pain and suffering. As a result of the brutal beating I now have permanent damage to my left wrist and hand, I suffered hearing loss, and permanent damage to my parotid glands due to the several blows to my head and face, I also now suffer from occasional dizziness and headaches.

The healing process is taking a long time and still goes on as I speak. I had to miss three months of work after that I was able only to work few hours a day. Prior to this incident I had rarely missed a day at work. My livelihood subsequent to the robbery and permanent injury to my wrist and hand has been significantly jeopardized after the savage beating- remember I am a jeweler and watchmaker, that's how I made a living.

# VICTIM 3 IMPACT STATEMENT

Mr. Davis and Odom's crime had a profound physical and financial impact on my family and myself. I did not have insurance coverage and was planning to retire after 43 years of servicing the community and making a modest living all of which was taken from my family and me.

I am constantly anxious that someone will come to my place of business and repeat this crime again. I am no longer able to trust people as I did before.

My family is also afraid and do not want me to continue in my business because they fear that someone like the Defendants will try to rob me again.

People should not be able to commit crimes like this and get away with it. I will feel the emotional and financial impact for the rest of my life. I believe Mr. Daryl Odem and cohorts need to spend the maximum allowed by law in prison for this crime. I know this is not the first time they have committed a felony, and it's time that they be held accountable for their actions.

At the preliminary hearing that took place prior to this sentencing and in the presence of their attorneys, the defendants acknowledged to the Court that your Honor might not adhere to what was offered by the US attorney's office in their plea agreement. Further more, I learned that the US attorney was also unaware of the extent of the value of the merchandise stolen as well as the severity and degree of my injuries at the time a plea agreement was reached. I respectfully ask the Court to take that into serious consideration when delivering sentencing.

I have no doubt that these career criminals would carry on their organized ring of thievery if they are not jailed for substantial time. This is evident in the orchestrated and calculated way in which they robbed my store and beat me to an inch of my life.

Worst that they stole merchandise that belonged to customers who entrusted me with to perform repairs. I have received NONE of my merchandise, so I assume they passed the items off to their families and are holding on them in hopes of getting small time for their big crime and when exiting prison, to live high off the cash and merchandise it took me 43 years to accumulate. In fact a relative of Mr. Odom was

# VICTIM 3 IMPACT STATEMENT

wearing a bracelet at the preliminary hearing, which I recognized to be one of the items stolen.

In closing, please think about me as one of your family members and think about the effect on my life and my family's when you sentence these thugs to prison. These gangsters, who inflicted immeasurable physical, emotional and financial violence should be given the maximum penalty what the law allows.

Thank you.